UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------------X,
ELEUTERIO LICONA, on behalf of
himself and others similarly situated,

                                          Plaintiff,        **NOTICE OF MOTION**

                                                                                   22-CV-00946 (JMV) (LDW)

                - against –

TUNNEL BARREL & DRUM COMPANY,
and ANTHONY PAUL URCIOLI, individually,

                                          Defendants.
-----------------------------------------------------------------------X


**NOTICE OF MOTION**

**NOTICE OF PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND FACILITATION OF NOTICE PURSUANT TO 29 U.S.C. § 216 (b)**

      Please take notice that, upon the accompanying Memorandum of Law and declarations of Jacob Aronauer and Eleuterio Licona, respectively, Plaintiff, on behalf of himself and others similarly situated, by their undersigned attorney, shall move the Court, before the Honorable Leda D. Wettre at the Martin Luther King Building Courthouse, 50 Walnut Street, Newark, NJ 07102, on such day and time as counsel may be heard, for the following relief in this Fair Labor Standards Act collective action:

(1)     Conditional certification of the FLSA claim as a representative collective action pursuant to 29 U.S.C. § 216(b);

(2)     Court-facilitated notice of this FLSA action to covered employees; including a consent form (or opt-in form) as authorized by the FLSA;

(3)     Approval of the proposed FLSA notice of this action and the consent form;

(4)     Production of names, last known mailing address, alternate address, telephone numbers and dates of employment of all covered employees; and

(5)     Posting of the Notice, along with consent forms, in conspicuous locations at Tunnel Barrel & Drum Company.

Dated:  May 10, 2022
          New York, New York

                                       **THE LAW OFFICES OF JACOB ARONAUER**

By:       */s/ Jacob Aronauer*
          Jacob Aronauer
          225 Broadway, 3rd Floor
          New York, New York 10007
          Telephone:  (212) 323-6980
          Facsimile:  (212) 233-9238