UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------X,
ELEUTERIO LICONA, on behalf of
himself and others similarly situated,

                                        Plaintiff,

                             22-CV-00946 (JMV) (LDW)

          - against –

TUNNEL BARREL & DRUM COMPANY,
and ANTHONY PAUL URCIOLI, individually,

                      **DECLARATION OF**
                      **JACOB ARONAUER**

                                        Defendants.
------------------------------------------------------------------------X

## **DECLARATION OF JACOB ARONAUER**

### **NOTICE OF PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND FACILITATION OF NOTICE PURSUANT TO 29 U.S.C. § 216 (b)**

Pursuant to 28 U.S.C. § 1746, I, Jacob Aronauer, declare as follows:

1. I make this declaration in support of Plaintiff's motion for conditional certification and court-authorized notice pursuant to § 216 class representative for the plaintiff in *Licona v. Tunnel Barrel & Drum Co.*, 22-CV-00946 (JMV) (LDW).

2. Attached hereto as Exhibit A is Plaintiff's proposed notice to potential collective action members.

3. Attached hereto as Exhibit B is a proposed consent to join form.

4. In the event that the Court approves our proposed consent to join form, Plaintiff will be requesting permission to provide a proposed notice as well as a proposed consent to join form in both English and Spanish. This is because the dominant language of the potential opt-ins is Spanish.

5. I have been litigating FLSA cases on behalf of Hispanic immigrants for nearly ten years. It has been my experience that mail is frequently returned as non-deliverable when sending

out FLSA notices. I have found, though, that potential FLSA opt-ins are more responsive to e-mail and text messages.

6. It has further been my experience that while it is not unusual for Hispanic immigrants to move relatively frequently, the e-mail addresses and phone numbers remain the same.

Dated: May 9, 2022
       New York, New York

                                      Respectfully submitted,

                                      */s Jacob Aronauer*
                                     Jacob Aronauer
                                     225 Broadway, 3rd Floor
                                     New York, NY 10007
                                     (212) 323-6980
                                     jaronauer@aronauerlaw.com

                                     *Attorney for Plaintiff*

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------X,
ELEUTERIO LICONA, on behalf of
himself and others similarly situated,

                                     Plaintiff,

                                                                                             22-CV-00946 (JMV) (LDW)
                - against –

TUNNEL BARREL & DRUM COMPANY,
and ANTHONY PAUL URCIOLI, individually,

                                     Defendants.
------------------------------------------------------------------------X

# **NOTICE OF COLLECTIVE ACTION LAWSUIT**

This notice is to tell you about a lawsuit against your current or former employer, advise you of how your rights may be affected by this lawsuit, and instruct you how to participate in this lawsuit if you choose.

This notice is not an expression by the Court of any opinion as to the merits of any claims or defenses asserted by any party to this action. As described more fully below, if you are eligible and wish to participate in this collective action, you must timely complete and submit the Consent to Join Collective Action form attached to this notice.

**If you were employed as a construction worker at Tunnel Barrel & Drum Company from February 23, 2019, through the present, please read this notice.**

**The collective action lawsuit may affect your legal rights.**

# DESCRIPTION OF LAWSUIT

On February 23, 2022, Eleuterio Licona ("Plaintiff") commenced a lawsuit in the United States District Court for the District of New Jersey against Tunnel Barrel & Drum Company ("TB&D") and Anthony Paul Urcioli ("Defendants").

The allegations in the lawsuit include that Defendants failed to pay the named Plaintiff with the correct overtime pay to which he was entitled in accordance with federal and state law.

Defendants deny that they violated the law and deny that they owe the named Plaintiff any additional compensation. No determination has been made that you or any other employees are owed any unpaid overtime compensation, and the Court is not endorsing the merits of this lawsuit or advising you to participate in this lawsuit. You are under no obligation to respond to this notice.

Your legal rights may be affected, and you have a choice to make now whether you want to join this lawsuit.

# WHO MAY JOIN THIS LAWSUIT

This lawsuit is a collective action, meaning that the named Plaintiff has brought it on behalf of the named Plaintiff, and anyone similarly situated. You may be eligible to join this lawsuit if you were employed by the Defendants as a barrel and drum cleaner between February 23, 2019, and the present, and you worked over forty hours in any workweek and you were not paid overtime compensation in the amount of one and one half your hourly rate of pay for all hours worked in excess of forty hours per workweek.

If you have any questions about whether you are eligible to join this lawsuit, you may contact the named Plaintiff's attorney. If you choose, you may also obtain and consult your own attorney.

# YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT

**ASK TO BE INCLUDED:** If you choose to be included in this collective action, you will have the possibility of recovering money or benefits that may come from a trial or settlement in this lawsuit, but you give up any rights to separately sue the Defendants about the same legal claims in this lawsuit.

**If you wish to be included, you must complete the form at the end of this Notice.**

**DO NOTHING:** By doing nothing, you will not be included in this collective action. This means that you give up the possibility of recovering money or benefits that may come from a trial or settlement in this lawsuit if those bringing the lawsuit are successful. You keep any rights to sue the Defendants separately about the same legal claims in this lawsuit, but the limitations period on your claim continues to run. There is a two-year deadline (or three years if the violation was willful) for bringing a claim, running from the date the violation occurred.

- Your options are explained in this notice. To ask to be included in the lawsuit, you must act before _____ [insert 60 days from date notice is sent out].

- If money or benefits are recovered from Defendants as a result of a settlement or trial, and you have chosen to be included in the case, you will be notified about how to receive your share of any recovery.

**This notice contains information that affects your rights. Please read it carefully.**

1. **Why did I get this notice?**

You are getting this notice because the Defendants' records show that you work or worked at Tunnel Barrel & Drum Company operated by Defendants.

A lawsuit has been brought against the Defendants claiming they violated various provisions of federal and New Jersey State wage and hour laws.

**2. What is a collective action and who is involved?**

In a collective action lawsuit, one or more persons who have similar claims can bring a lawsuit on behalf of others who have similar claims. All barrel and drum cleaners who were employed by the Defendants between February 23, 2019, and the present are conditionally part of the "Collective", or "Collective Action Members." The workers who brought this lawsuit, together with all of the Collective Action Members, are called Plaintiff.

**3. Why is this lawsuit a Collective Action?**

The Court has conditionally authorized this case to proceed as a collective action under § 216(b) of the Fair Labor Standards Act ("FLSA") and 29 U.S.C. § 216(b) for Plaintiff's claims that the Defendants failed to pay overtime compensation.

**4. What is the Defendants' position?**

The Defendants deny that they violated any federal or New Jersey wage and hour laws.

**5. I'm still not sure if I am included.**

If you have any questions, you may contact Plaintiff's attorney free of charge.

<u>Counsel for Plaintiff</u>
Jacob Aronauer
The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

**6. What happens if I do nothing at all?**

If you choose not to join this lawsuit, you will not be affected by any

ruling, judgment or settlement rendered in this case, whether favorable or unfavorable. You will not be entitled to share any amounts recovered by Plaintiff as part of this lawsuit. You are also free to independently retain your own counsel and file your own lawsuit. You should be aware that your federal wage and hour claims are limited by a two or three-year statute of limitations. Delay in joining this action, or proceeding separately, may result in part or all of your claims expiring as a matter of law.

7. **What happens if I join the lawsuit?**

If you choose to join this lawsuit, you will be bound by any ruling, settlement or judgment, whether favorable or unfavorable. You will also share in any proceeds from a settlement or judgment favorable to the Collective. By joining this lawsuit, you designate the named Plaintiff as your representative, and to the fullest extent possible, you designate the named Plaintiff to make decisions on your behalf concerning the case, the method and manner of conducting the case, the entering of an agreement with Plaintiff's counsel regarding payment of attorney fees and court costs, the approval of settlements, and all other matters pertaining to this lawsuit. Decisions made, and agreements entered into by the named Plaintiff will be binding on you if you join the lawsuit. While this suit is pending, you will be required to provide documents and information relating to your employment, answer written questions under oath, answer questions orally at a deposition under oath, or testify under oath at a trial.

8. **Can I participate in this lawsuit regardless of my immigration status?**

Yes, you can still join. Your immigration status does not affect your entitlement to recover back wages or participate in this lawsuit.

9. **Can the Defendants and/or my current employer retaliate against me if I join the lawsuit?**

It is a violation of federal law for the Defendants to fire, discipline, or in any manner discriminate or retaliate against you for taking part in this case.

If you believe that you have been penalized, discriminated against, or disciplined in any way as a result of your receiving this notification, considering whether to join this lawsuit, or actually joining this lawsuit, contact Plaintiff's lawyer right away at:

The Law Offices of Jacob Aronauer
Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
jaronauer@aronauerlaw.com
aronauerlaw.com
salariosperdidos.com
(212) 323-6980

   **10. How do I ask the Court to include me in the case?**

Enclosed is a form called "Consent to Join." If you choose to join this lawsuit, it is extremely important you read, sign and promptly return the Consent to Join form. An addressed and postage-paid envelope is enclosed for your convenience. Should the envelope be lost or misplaced, the Consent to Join Form must be sent to:

Jacob Aronauer
The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007

You can also fax the Consent to Join form to (212) 233-9238 or scan and email it to jaronauer@aronauerlaw.com.

The signed Consent to join form must be postmarked, emailed, or faxed by [60 days from mailing of this Notice]. If your signed Consent to Join Form is not postmarked, emailed or faxed by [60 days from mailing of the Notice], you may not be allowed to participate in the federal law portion of this lawsuit, or share in a monetary recovery on the federal claims.

   **11. Do I have a lawyer in this case?**

If you choose to join this lawsuit, you will be represented by:

Jacob Aronauer
The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
aronauerlaw.com
salariosperdidos.com

**12. Should I get my own lawyer?**

You do not need to hire your own lawyer because Plaintiff's Counsel will be working on your behalf. You are allowed to hire your own lawyer.

**13. How will the lawyers be paid?**

You will not be required to pay any attorneys' fees or costs out of your own pocket. The named Plaintiff has entered into contingency fee agreements with Plaintiff's attorneys. If you join the lawsuit and Plaintiff does not win, there will be no attorneys' fees or costs chargeable to you. In the event that there is a recovery, the fee agreements entitle Plaintiff's counsels to apply for one-third of any settlement obtained or money judgment entered in favor of all members of the class or the actual value of the time they spend on the case. The Court may be asked to approve the attorneys' fees. The fees may be part of a settlement obtained or money judgment entered in favor of Plaintiff or may be ordered by the Court to be separately paid by Defendants or may be a combination of the two. A copy of the contingency fee agreements executed by the named Plaintiff may be obtained upon request from Plaintiff's counsel identified above.

# EXHIBIT B

CONSENT TO JOIN COLLECTIVE ACTION

      I hereby consent to join the lawsuit, entitled *Licona v. Tunnel Barrel & Drum Co.* brought pursuant to the Fair Labor Standards Act, the New Jersey Wage and Hour Law and the New Jersey Wage Payment Law.

      By signing below, I state that I am currently or was formerly employed by the Defendants at some point during the previous three years. I was required to work for the Defendants in excess of forty (40) hours per week without being properly compensated for all hours worked or for overtime compensation in accordance with state and federal law.

      I hereby designate The Law Offices of Jacob Aronauer ("Plaintiff's Counsel") to represent me for all purposes of this action.

      I also designate Eleuterio Licona as the class representative who brought the above-referenced lawsuit, as my agent to make decisions on my behalf concerning the litigation and the method and manner of conducting the litigation. I also state that I have entered into my own retainer agreement with Plaintiff's Counsel or consent to the retainer agreement entered into by Mr. Licona concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____       _____
Date       Signature

     _____
     Print Name

     _____
     Phone Number

     _____
     Mailing Address

     _____
     E-mail Address