UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------X,
ELEUTERIO LICONA, on behalf of
himself and others similarly situated,

                             Plaintiff,

                    22-CV-00946 (JMV) (LDW)

     - against –

                    **DECLARATION**

TUNNEL BARREL & DRUM COMPANY,
and ANTHONY PAUL URCIOLI, individually,

                           Defendants.
------------------------------------------------------------------X

## DECLARATION

Eleuterio Licona declares pursuant to 28 U.S.C. § 1747 under penalty of perjury that the following is true and correct:

### Background

1. From about 2004 through January 13, 2022, I worked at Tunnel Barrel & Drum Company ("TB&D").

2. TB&D is owned and operated by Anthony Paul Urcioli ("Urcioli") (collectively "Defendants").

3. I worked for Defendants as a barrel and drum cleaner.

4. Urcioli dictated my work schedule and rate of pay. Urcioli also dictated the work schedule and rate of pay of other employees at TB&D.

5. Throughout my employment, I worked seven days per week on behalf of Defendants.

6. From about 2004 through about 2013, I was scheduled to work Monday through Sunday from 7:00 p.m. to 7:00 a.m. for Defendants.

7. From about 2014 through about 2019, I was scheduled to work Monday through Friday from 6:30 a.m. to 6:00 p.m., Saturday from 6:30 a.m. to 2:00 p.m. and Sunday from 6:30 a.m. to 1:00 p.m. for Defendants.

8. From about 2020 through January 13, 2022, I was scheduled to work Monday through Friday from 7:00 a.m. to 6:00 p.m., Saturday from 7:00 a.m. to 2:00 p.m. and Sunday from 7:00 a.m. to 1:00 p.m. for Defendants.

9. From about 2004 through about 2014, Plaintiff was paid $10.00 per hour for all hours worked.

10. From about 2015 through about 2017, Plaintiff was paid $13.00 per hour for all hours worked.

11. In 2018, Plaintiff was paid $15.00 per hour for all hours worked.

12. From about 2019 through about 2022, Plaintiff was paid $16.00 per hour for all hours worked.

13. I was paid the same even when I worked more than 40 hours a week.

14. From about 2004 through about September 2021, I was paid by cash.

15. From about September 2021 through January 13, 2022, I was paid by check.

16. At no point during my employment did Defendants discuss my overtime rate of pay with me.

**Similarly Situated Employees**

17. From my conversations with former co-workers, I know that the Defendants did not pay everyone overtime.

18. My former co-workers complained to me that a) they were not being paid for all hours worked and b) that they were not getting paid overtime correctly. They were not getting

time and one half for work performed after 40 hours. They complained to me at work during breaks and sometimes after work when we hung out (like at a party or a bar).

19. My former co-worker Jose Manuel Hernandez, who worked for Defendants for 16 years, told me that he worked even more hours than me and was never paid overtime. Hernandez performed the same job duties as me but he had to arrive at work at 5 a.m. Hernandez told me this during work and when we would hang out after work at a bar or a party. Like myself, Hernandez would work six days a week. Hernandez would usually work at least six days a week and 10 hours a day.

20. Another former co-worker Leonel Hidalgo, who worked for Defendants for five years, also told me that he was never paid time and a half/overtime. Hidalgo performed similar job duties as me. Hidalgo told me this during work on a break and sometimes when we would socialize after work as well. He would sometimes arrive to work at 3 a.m. and like me work six days a week. Hidalgo would usually work at least six days a week and 10 hours a day.

Dated: May  6 , 2022
New York, New York

_____
Eleuterio Licona