**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ELEUTERIO LICONA, on behalf of himself and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>TUNNEL BARREL & DRUM CO., INC. d/b/a TUNNEL BARREL & DRUM CO., INC. and ANTHONY PAUL URCIOLI, individually,<br><br>Defendants. | CIVIL ACTION NO.: 2:22-cv-00946 (JMV) (LDW) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by Named Plaintiff Eleuterio Licona and Opt-In Plaintiff Jose Manuel Hernandez (collectively, "Plaintiffs") and Defendants Tunnel Barrel & Drum Co., Inc. and Anthony Paul Urcioli ("Defendants"), by and through their undersigned counsel, that the above-captioned action has been resolved by the Parties.

The Court has reviewed the Settlement Agreement and Release and deems it fair, pursuant to the Fair Labor Standards Act § 216(b). The Parties accordingly agree that the action be and is hereby dismissed, with prejudice, and with no additional award of attorneys' fees or costs by the Court to any party. It is further stipulated and agreed that the Court retains jurisdiction to enforce the settlement.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

63346/0001-46626016v4

Dated: 01/31/2024

| | |
|---|---|
| THE LAW OFFICES OF JACOB ARONAUER | COLE SCHOTZ P.C. |
| /s/ Jacob Aronauer | /s/ Marissa Mastroianni |
| Jacob Aronauer | Randi W. Kochman |
| The Law Offices of Jacob Aronauer | Marissa A. Mastroianni |
| 250 Broadway | Cole Schotz P.C. |
| Suite 600 | 25 Main Street |
| New York, New York 10007 | Court Plaza North |
| *Attorneys for Plaintiffs* | Hackensack, New Jersey 07601 |
| | *Attorneys for Defendants* |

SO ORDERED:

\_\_\_\_\_/s/ Susan D. Wigenton_____  Dated: _____

Hon. Susan D. Wigenton
United States District Judge
Dated: February 6, 2024

15